1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,                    Case No.  12-cr-00030-EMC-19

8                        Plaintiff,

9          v.                                     **ORDER DENYING MOTION FOR
                                                  REDUCTION IN SENTENCE**
10  CABRERA-ARTEAGA,

11                       Defendant.               Docket Nos. 751, 756

12

13          On September 17, 2014, Defendant pled guilty to conspiracy to distribute and possess with

14  intent to distribute cocaine, cocaine base, and methamphetamine, in violation of Title 21, United

15  States Code, Sections 846 and 841(b)(1)(A), pursuant to a Rule 11(c)(1)(C) plea agreement with a

16  range of 188 months to 292 months of imprisonment.

17          Mr. Cabrera-Arteaga's sentencing guideline calculation was total offense level 40,

18  Criminal History Category I, for a guideline range of 292 to 365 months. The defendant's offense

19  level calculation included a +4 adjustment for Aggravating role, pursuant to U.S.S.G. §3B1.1(a).

20  At sentencing on April 22, 2015, the Court imposed a sentence of 188 months, varying downward

21  from the Guidelines.

22          Mr. Cabrera-Arteaga filed two pro se motions to reduce sentence pursuant to 18 U.S.C.

23  §3582(c)(2).  Dkt. Nos. 751, 756.

24          The Probation office in its memo, Docket No. 761, and Mr. Cabrera-Arteaga's appointed

25  CJA counsel in a written statement to the Court, Docket No. 762, agree that Mr. Cabrera-Arteaga

26  is not eligible for a reduction in sentence.

27          While Mr. Cabrera-Arteaga has zero criminal history points, he does not qualify for the

28  two-level reduction for zero-point offenders because of the adjustment for Aggravating role. *See*

United States District Court
Northern District of California

USSG §1B1.10 Part B, USSG §4C1.1(a)(10).  Similarly, he does not qualify for a reduction in his sentence under §1B1.10 Part A as he did not receive any status points in the calculation of his criminal history.

Therefore, Mr. Cabrera-Arteaga's motions at Docket Nos. 751 and 756 are **DENIED**.


**IT IS SO ORDERED**.


Dated: September 9, 2024

_____
EDWARD M. CHEN
United States District Judge